# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3223
L.T. Case No. 16-2024-SC-024007

_____

LINDA SIPLIN-PERRY,

  Appellant,

  v.

904 1ST, LLC,

  Appellee.

_____

On appeal from the County Court for Duval County.
Kelly E. Eckley-Moulder, Judge.

Linda Siplin-Perry, Jacksonville, pro se.

No Appearance for Appellee.

March 26, 2026

PER CURIAM.

  AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

MAKAR, WALLIS, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____